CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF:<br><br>GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (702) 427-5140 | Case No.: 2:21-mj-748-BNW<br><br>**Government's Motion to Unseal Case** |

Certification: This motion is timely filed.

COMES NOW the United States of America, by and through its attorneys, CHRISTOPHER CHIOU, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Tracking Warrant filed under the instant cases and all related documents in anticipation of producing the same as discovery in Case No. 2:22-cr-00043-JAD-BNW.

DATED: April 6, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Allison Reese
_____
ALLISON REESE
Assistant United States Attorney

**ORDER**
IT IS SO ORDERED
DATED: 5:06 pm, April 07, 2022

_[signature]_
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1